■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER MARTIN, Appellant. [999 NYS2d 765]—

Appeal from a judgment of the County Court of St. Lawrence County (Richards, J.), rendered May 1, 2013, convicting defendant upon his plea of guilty of the crime of attempted assault in the second degree.

In satisfaction of a two-count indictment, defendant pleaded guilty to the reduced charge of attempted assault in the second degree and waived his right to appeal. He was sentenced, as a second felony offender, in accordance with the plea agreement to 1½ to 3 years in prison. Defendant appeals.

Defense counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Our review of the record, as well as defense counsel's brief, discloses an issue of arguable merit regarding the validity of defendant's appeal waiver that may, in turn, implicate other potential appellate issues (*see People v Anderson*, 120 AD3d 1490, 1490 [2014]). Therefore, without passing judgment on the ultimate merit of this issue, we grant counsel's application for leave to withdraw and assign new counsel to address this issue and any others that the record may disclose (*see People v Stokes*, 95 NY2d 633 [2001]; *People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]).

Garry, J.P., Rose, Lynch and Devine, JJ., concur. Ordered that the decision is withheld, application to be relieved of assignment granted and new counsel to be assigned.